UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASSA,

                    Plaintiff(s),

          v.

SELLAND AUTO TRANSPORT, INC.,

                    Defendant(s).

NO. C05-1304P

ORDER TO SHOW CAUSE
HEARING

          The above-entitled Court, having received and reviewed:

1.        Defendant's Motion for an Order of Contempt Against Alex Assefa and Daniel Assefa

and all exhibits and declarations attached thereto, makes the following ruling:

          IT IS HEREBY ORDERED that the motion for an order of contempt will be DENIED at this

time.

          IT IS FURTHER ORDERED that Alex Assefa and Daniel Assefa shall appear in this Court

(700 Stewart Street, Room 14206, Seattle, Washington) at **9 a.m. on August 11, 2006** to show cause

why they should not be held in contempt for failure to obey the lawful process of this Court in the

form of a subpoena to appear at a deposition related to this lawsuit.

          IT IS FURTHER ORDERED that Defendant's counsel James Dickens shall serve Alex Assefa

and Daniel Assefa with notice of this hearing.

          It is the Court's intention that, should Alex Assefa and/or Daniel Assefa present themselves in

Court on the above date and time, they shall then and there submit themselves to a deposition by

Defendant's counsel.

**ORDER TO SHOW
CAUSE HEARING  - 1**

1    The clerk is directed to provide copies of this order to all counsel of record.

2    Dated:  July _26__, 2006

3

4    _____
     Marsha J. Pechman
5    U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   **ORDER TO SHOW**
     **CAUSE HEARING  - 2**